THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Ricky Rivka
 Cohen-Toledano, Respondent,
 v.
 Kobi Zroya and
 A.K. Jewelry d/b/a Expresso's Mini Mart, Appellants.
 
 
 

Appeal From Horry County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.  2009-UP-383
Heard May 27, 2009  Filed July 6, 2009  

REVERSED AND REMANDED

 
 
 
 Weston Adams, III, Helen F. Hiser, and Ashley B. Stratton, all of
 Columbia, for Appellant.
 J. William Parker, III, and D. Michael Kelly, both of Myrtle
 Beach, for Respondent.
 
 
 

PER CURIAM: Kobi Zroya, owner and operator of Expresso's Mini-Mart,
 appeals from a directed verdict on the issue of liability in a negligence
 action brought by Ricky Rivka Cohen-Toledano.  We reverse and remand pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  Law v. S.C. Dep't of Corr., 368 S.C. 424, 434, 629 S.E.2d
 642, 648 (2006) (stating that in ruling on a directed verdict motion, the
 trial court is required to view the evidence and the inferences which
 reasonably can be drawn therefrom in the light most favorable to the opposing
 party); McMillan v. Oconee Mem'l Hosp., Inc., 367 S.C. 559, 564, 626
 S.E.2d 884, 886 (2006) (holding a motion for a directed verdict should be
 denied when either the evidence yields more than one inference or its inference
 is in doubt); Futch v. McAllister
 Towing of Georgetown, Inc., 335 S.C.
 598, 613, 518 S.E. 591, 598 (1999) (ruling an appellate court need not review
 all issues where one issue is dispositive).

REVERSED
 AND REMANDED. 
HEARN,
 C.J., and THOMAS, J., and KONDUROS, J., concur.